IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-CV-02400-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ELLERY EMERT,
CRISTY EMERT,
ALEXIS EMERT,

    Plaintiffs,

v.

SGT. JOSH WARNER, Deputy Sheriff #123,
ANITA C. ABEYTA, Deputy Sheriff #138,
JEREMY CADE ARNOLD,
CRYSTAL JOHNSON,
BROOKE PACE, Deputy Sheriff #131, and
UNKNOWN MEMBERS of SWAT Team of Mesa County Sheriff's Dept.,

    Defendants.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFFS ELLERY EMERT AND CRISTY EMERT ONLY
TO CURE DEFICIENCIES

---

Plaintiffs, Ellery Emert, Cristy Emert, and Alexis Emert, have submitted a Prisoner Complaint that each of them has signed. Plaintiff Ellery Emert has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that only he signed. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.

Plaintiffs Ellery Emert and Cristy Emert lack standing to represent their minor

daughter, Plaintiff Alexis Emert, in this action. *See Meeker v. Kercher*, 782 F.2d 153, 154 (10th Cir. 1986) (per curiam). Under Fed. R. Civ. P. 17(c) and 28 U.S.C. § 1654 (1994), Alexis, a minor child, "cannot bring suit through a parent acting as next friend if the parent is not represented by an attorney." *Id.*; *accord Osei-Afriyie ex rel. Osei-Afriyie v. Medical College of Pa.*, 937 F.2d 876, 882-83 (3d Cir. 1991); *Cheung v. Youth Orchestra Found. of Buffalo, Inc.*, 906 F.2d 59, 61 (2d Cir. 1990). Neither Plaintiffs Ellery Emert nor Cristy Emert is represented by an attorney. Therefore, Plaintiffs Ellery Emert and Cristy Emert may not represent their minor daughter, Alexis, in this action. Alex will be dismissed as a party to this action.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiffs Ellery and Cristy Emert will be directed to cure the following if they wish to pursue their claims. Any papers which Plaintiffs Ellery and Cristy Emert file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __X__ is not submitted by Plaintiff Cristy Emert
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) __X__ names in caption of motion and affidavit submitted by Plaintiff Ellery Emert do not match names in caption of complaint, petition, or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) __X__ other: The account statement Plaintiff Ellery Emert submitted is not certified by a prison official and does not cover the entire 6-month period.

Case 1:07-cv-02400-MSK-KMT   Document 2   Filed 11/15/07   USDC Colorado   Page 3 of 5

**Complaint, Petition, or Application:**
- (10) ___ is not submitted
- (11) ___ is not on proper form (must use the court's current form)
- (12) ___ is missing an original signature by the prisoner
- (13) ___ is missing page nos. ___
- (14) ___ uses et al. instead of listing all parties in caption
- (15) ___ An original and a copy have not been received by the court. Only an original has been received.
- (16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17) ___ names in caption do not match names in text
- (18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff Alexis Emert, a minor child, is dismissed as a party to this action. It is

FURTHER ORDERED that Plaintiffs Ellery Emert and Cristy Emert cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Plaintiffs Ellery Emert and Cristy Emert file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff Ellery Emert, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff Cristy Emert, together with a copy of this order, two copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. It is

FURTHER ORDERED that, if either Plaintiff Ellery Emert or Cristy Emert fails to cure the designated deficiencies **within thirty (30) days from the date of this order,**

that Plaintiff will be dismissed as a party to this action without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 14th day of November, 2007.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-CV-02400-BNB

Ellery Emert
Mesa County Jail
PO Box 20,000-5017
Grand Junction, CO 81502

Cristy Emert
2539 Davis Drive
Grand Junction, CO 81505

    I hereby certify that I have mailed a copy of the **ORDER and a copy of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 to Ellery Emert, and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to Cristy Emert** to the above-named individuals on 11/15/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk