IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02400-BNB

ELLERY EMERT, and
CRISTY EMERT,

    Plaintiffs,

v.

SGT. JOSH WARNER, Deputy Sheriff #123,
ANITA C. ABEYTA, Deputy Sheriff #138,
JEREMY CADE ARNOLD,
CRYSTAL JOHNSON,
BROOKE PACE, Deputy Sheriff #131, and
UNKNOWN MEMBERS of SWAT TEAM of Mesa County Sheriff's Dept.,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 9 2008

GREGORY C. LANGHAM
                CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 9, 2008, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-02400-BNB

Ellery Emert,
Mesa County Detention Facility
PO Box 20000
Grand Junction, CO 81502-5017

Christy Emert
939 Sable Road
Spring City, TN 37381

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4-9-08

GREGORY C. LANGHAM, CLERK

By: Angie
Deputy Clerk