IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02400-MSK-KMT

ELLERY EMERT, and
CRISTY EMERT,

    Plaintiffs,

v.

SGT. JOSH WARNER, Dep Sheriff #123,
ANITA C. ABEYTA, Dep Sheriff #138,
JEREMY CADE ARNOLD,
CRYSTAL JOHNSON,
BROOKE PACE, Dep. Sheriff #131, and
UNKNOWN MEMBERS OF SWAT TEAM OF MESA COUNTY SHERIFF'S DEPT.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 4 2008

C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiffs leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 14th day of April, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02400-MSK-KMT

Ellery Emert
Prisoner No. 16688
Mesa County Jail
PO Box 20,000
Grand Junction, CO 81502

US Marshal Service
Service Clerk
Service forms for: Sgt. Josh Warner, Anita C. Abeyta,
Jeremy Cade Arnold, Crystal Johnson, and Brooke Pace,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Wesley Rivera, Rhoda Montoya, and Duke Schirard: AMENDED COMPLAINT FILED 03/20/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/14/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk