IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02400-MSK-KMT

ELLERY EMERT and
CRISTY EMERT

    Plaintiffs.

v.

SGT. JOSH WARNER, Deputy Sheriff #123
ANITA C. ABEYTA, Deputy Sheriff #138
JEREMY CADE ARNOLD,
CRYSTAL JOHNSON,
BROOKE PACE, Deputy Sheriff #131, and
UNKNOWN MEMBERS OF SWAT. TEAM OF MESA COUNTY SHERIFF'S DEPT.,

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's Motion for an Order (#56, filed October 8, 2008) is DENIED. The court declines to interfere in the day-to-day activities of prison administration

Dated: October 10, 2008