IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02400-MSK-KMT

ELLERY EMERT and
CRISTY EMERT

    Plaintiffs,

v.

SGT. JOSH WARNER, Deputy Sheriff #123
ANITA C. ABEYTA, Deputy Sheriff #138
JEREMY CADE ARNOLD,
CRYSTAL JOHNSON,
BROOKE PACE, Deputy Sheriff #131, and
UNKNOWN MEMBERS OF SWAT. TEAM OF MESA COUNTY SHERIFF'S DEPT.,

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff Ellery Emert's "Motion for equal access and Due Process" (#59, filed October 15, 2008) is DENIED. Mesa County Jail is not a party in this case. Therefore, this court has no ability or jurisdiction to order Mesa County Jail to do or not to do anything.

In addition, Plaintiff failed to confer with Defendant before filing his present motion. The Tenth Circuit has cautioned that pro se litigants "must follow the same rules of procedure that govern other litigants." *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) ("[W]e have repeatedly upheld dismissals in situations where the parties themselves neglected their cases or refused to obey court orders."(citing cases)). The Local Rules of Practice for the District of Colorado (effective April 15, 2002 with updates through January 1, 2008) require all parties to confer on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997).

Furthermore, Fed. R. Civ. P. 5(a)(1) requires that any pleading filed after the original complaint and any written motion be served on any party. Plaintiff did not serve his motion on Defendants. Any further documents filed by Plaintiff not served on Defendants may be stricken.

Dated: October 16, 2008